# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. YARBOROUGH, et al.,<br><br>　　　　　Defendants. | Case No. CV 04-4502-DSF (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation filed on July 10, 2008, have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objection has been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) defendants' Motion for Summary Judgment is GRANTED as to (a) Claim One in favor of defendant Mason; (b) Claim Three in favor of defendants Rouston, Rice, Ruiz, and Griffith for the period from August 28, 2002, to January 31, 2003; defendants Yarborough, Rouston, Rice, Ruiz, and Griffith, for the period from January 31, 2003, to July 3, 2003; and defendant Rouston for the period from July 3, 2003, to September 18, 2003 and (2)
///

1  defendants' Motion for Summary Judgment is DENIED as to Claim Three against defendant
2  Yarborough for the period from August 28, 2002 to January 31, 2003.

DATED: 11/7/08

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE