JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH, | ) CV 04-4502 DSF (PLAx) ) |
| Plaintiff, | ) JUDGMENT ON JURY VERDICT ) ) |
| v. | ) ) |
| M. YARBOROUGH, et al., | ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

The jury trial in this action commenced on December 15, 2009, the Honorable Dale S. Fischer, United States District Judge presiding. The jury having found in favor of Defendant M. Yarborough on Plaintiff's claims, and the Court having previously granted partial summary judgment as to the remaining claims and Defendants,

IT IS ORDERED AND ADJUDGED AS FOLLOWS:

Judgment is entered in favor of Defendants. Plaintiff shall recover nothing from Defendants. Defendants shall recover from Plaintiff their costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

DATED: 1/4/10

_____
Dale S. Fischer
UNITED STATES DISTRICT JUDGE